**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>LIFE TECHNOLOGIES CORPORATION, *et al.*,<br><br>        Defendants. | Civil Action No. 8:10-cv-03527-RWT |

**PLAINTIFF LIFE TECHNOLOGIES CORPORATION'S SUPPLEMENT TO RULE 7.1
CORPORATE DISCLOSURE STATEMENT AND SUPPLEMENT TO
<u>LOCAL RULE 103.3 DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST</u>**

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 103.3, Plaintiff Life Technologies Corporation provides the following supplemental disclosure statement:

    The acquisition of Life Technologies Corporation by Thermo Fisher Scientific, Inc. ("Thermo Fisher") was completed on February 5, 2014. As a result, Life Technologies Corporation is now a 100% wholly owned subsidiary of Thermo Fisher. Thermo Fisher has no parent corporation, and no publically held corporation owns 10% or more of its stock. Thermo Fisher has a financial interest in the outcome of this litigation.

                Respectfully submitted,

Dated: March 4, 2014       /s/ Eric M. Jaegers
                Louis E. Grenzer, Jr. (Fed Bar #26066)
                **BODIE, DOLINA, SMITH & HOBBS, P.C.**
                21 W. Susquehanna Avenue
                Towson, Maryland 21204
                Tel: (410) 823-1250 / Fax: (410) 296-0432
                E-mail: lgrenzer@bodie-law.com

                Matthew D. Murphey (Admitted *Pro Hac Vice*)
                California State Bar No. 194111
                Eric M. Jaegers (Admitted *Pro Hac Vice*)
                State Bar of Texas No. 24005037
                **TROUTMAN SANDERS LLP**
                11682 El Camino Real, Suite 400

San Diego, California 92130
Tel:  (858) 509-6000 / Fax: (858) 509-6040
E-mail:  matt.murphey@troutmansanders.com
E-mail:  eric.jaegers@troutmansanders.com
**Attorneys for Plaintiff**
**LIFE TECHNOLOGIES CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 4, 2014, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system on all counsel of record who have consented to such service.  Further, because Mrs. Krishnamurthy has not retained counsel and has refused to provide an e-mail address to Plaintiff's counsel, the undersigned also certifies that on March 4, 2014 it served this document on Mrs. Krishnamurthy via regular U.S. Mail at the address listed below:

    Mrs. Jayasree Krishnamurthy
    10135 Treble Court
    Rockville, MD  20850

                                    /s/ Eric M. Jaegers
                                    Eric M. Jaegers