IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| LIFE TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIFE TECHNOLOGIES CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No. 8:10-cv-03527-RWT |

### ORDER

Having considered Plaintiff Life Technologies Corporation's Motion to Seal (the "Motion") (ECF No. 136), and the court finding good cause to grant the Motion, it is hereby

**ORDERED** that the Motion be, and the same hereby is, granted.

Signed: January 20, 2015.

_____
Hon. Roger W. Titus
Judge, United States District Judge

cc:

LOUIS E. GRENZER, JR.
**BODIE, DOLINA, SMITH & HOBBS, P.C.**
21 W. Susquehanna Avenue
Towson, Maryland  21204
Tel:  (410) 823-1250 / Fax: (410) 296-0432
E-mail:  lgrenzer@bodie-law.com
Attorneys for Plaintiff

Mr. Andrew Aitken
Aitken Law Offices
P.O. Box 1810
Wheaton, MD 20915
Tel: (301) 537-3299 / Fax: (240) 491-9892
acaitken@aitkenlawoffices.com
Attorney for Dr. Krishnamurthy Govindaraj

Ms. Jayasree Krishnamurthy
10135 Treble Court
Rockville, MD  20850