# Andrew C. Aitken
*Attorney at Law*

P.O. Box 1810
Wheaton, MD 20915
Email: acaitken@yahoo.com

Maryland
District of Columbia

Phone (301) 537-3299
Facsimile (240) 491-9892

August 21, 2015
*via ECF*

Hon. Roger W. Titus
United States District Judge
U.S. District Court for the District of Maryland
Greenbelt Division
6500 Cherrywood Lane, Greenbelt, MD 20770

> RE: Life Technologies Corporation v. Life Technologies Corporation, Case No. 8:10-cv-03527 (RWT), U.S. District Court for the District of Maryland, Greenbelt Division

Dear Judge Titus:

    I write on behalf of the Interested party, Dr. Krishnamurthy Govindaraj in the above-captioned matter. Dr. Krishnamurthy respectfully objects to the briefing schedule proposed by Plaintiff and suggests that separate briefing schedules are not needed for Plaintiff's contemplated motions (1) to attempt to demonstrate it has suffered damages in this trademark infringement case, and (2) to seek an award of attorney fees.

    It is submitted that the Plaintiff's proposed schedule will serve to further escalate fees in this action against a company that was dissolved in March of 2012 and which had effectively ceased activities a number of years before its dissolution. Dr. Krishnamurthy suggests that Plaintiff request for an award of damages and attorney's fees be briefed concurrently using Plaintiff's suggestion of October 16, 2015 as the due date.

Very truly yours,

Andrew C. Aitken
*Counsel for Dr. Krishnamurthy Govindaraj*