## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **LIFE TECHNOLOGIES CORPORATION**, | * | |
| | * | |
| | * | |
| *Plaintiff*, | * | |
| | * | |
| v. | * | Civil Case No.: RWT 10cv3527 |
| | * | |
| | * | |
| **LIFE TECHNOLOGIES** | * | |
| **CORPORATION**, *et al.*, | * | |
| | * | |
| *Defendants*. | * | |
| | * | |

## ORDER

The Court is in receipt of Plaintiff's correspondence requesting that a schedule be set for briefing the issues of damages and attorneys' fees [ECF No. 172], and Defendants' response [ECF No. 173].  The Court finds the briefing schedule proposed by Plaintiff to be reasonable. Accordingly, it is this 26th day of August, 2015, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion for Attorneys' Fees [ECF No. 152] is **DENIED** without prejudice to renew; and it is further

**ORDERED**, that the deadline for Plaintiff to file its opening brief regarding damages is **October 16, 2015**; and it is further

**ORDERED**, that the deadline for Plaintiff to file a consolidated motion for attorneys' fees is **December 11, 2015**.

_____ /s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE