# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### GREENBELT DIVISION

LIFE TECHNOLOGIES CORPORATION,
a Delaware Corporation,
5791 Van Allen Way
Carlsbad, CA 92008

          Plaintiff,

v.

LIFE TECHNOLOGIES CORPORATION,
10135 Treble Court
Rockville, MD 20850
(Montgomery County), *et al.*,

          Defendants.

Civil Action No. 8:10-cv-03527-RWT

## CONSENT ORDER FOR ENLARGEMENT OF TIME FOR DEFENDANT TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION FOR DAMAGES AND FOR PLAINTFF TO FILE ITS REPLY AND ITS MOTION FOR ATTORNEY FEES

Upon motion by Defendant and Krishnamurthy Govindaraj ("Defendants"), which motion is consented to by Plaintiff Life Technologies Corporation, Inc., and for good cause shown, it is hereby

**ORDERED** that the time within which Defendants may file any response to the pending Motion for Damages be and the same is enlarged up to and including November 16, 2015, and it is

**ORDERED** that the time within which Plaintiff may file its Reply to Defendants' Opposition be enlarged up to and including December 3, 2015, and it is

**ORDERED** that the time within which Plaintiff may file its Motion for Attorney's fees be enlarged up to and including December 22, 2015.

ENTERED  11/3/15

_____
United States District Judge