# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **LIFE TECHNOLOGIES CORPORATION,** <br> A Delaware Corporation, <br> 5791 Van Allen Way <br> Carlsbad, CA 92008 <br><br> Plaintiff, <br><br> v. <br><br> **LIFE TECHNOLOGIES CORPORATION,** <br> 10135 Treble Court <br> Rockville, MD 20859 <br> (Montgomery County) <br><br> Defendant. | * * * * * * * * * * * * * * * | Civil Action No. RWT 10-3527 |

## ORDER

The Court must reschedule the hearing on all pending motions. The Court having conferred with both parties, it is, on this 4th day of March, 2016, by the United States District Court for the District of Maryland,

**ORDERED** that the hearing on all pending motions currently scheduled for April 20, 2016 is **RESCHEDULED** for **April 19, 2016 at 2:30 p.m.** with 1.5 hours for argument.

/s/ <br>
ROGER W. TITUS <br>
UNITED STATES DISTRICT JUDGE